UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | No. 3:08-CR-11 |
| V. ) | (VARLAN/SHIRLEY) |
| ) | |
| ) | |
| ) | |
| MARIO MELGAR ) | |
| ) | |

ORDER OF AUTHORIZATION FOR DISTRIBUTION
OF AVAILABLE PRIVATE FUNDS

WHEREAS, counsel was appointed as counsel for the above defendant, on the 14th day of January, 2008; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant for payment of compensation and expenses of court-appointed counsel and for other services necessary for adequate representation, and that the above defendant is therefore financially able to make partial payment for representation, and for other services necessary for adequate representation; and whereas the defendant agrees to pay the sum of **$2,500.00**.

IT IS THEREFORE authorized that pursuant to 18 U.S.C. § 3006A(f) such funds in the amount of **$2,500.00** be paid by said defendant by **March 25, 2008**, with a check made payable to the Clerk, United States District Court, and mailed to Clerk, United States

District Court, 800 Market Street, Suite 120, Knoxville, Tennessee, 37902.

AGREED TO:

_____      <u>January 17, 2007</u>
MARIO MELGAR                        DATE

**ENTER:**

<u>s/ C. Clifford Shirley, Jr.</u>
United States Magistrate Judge