UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:08-CR-11 |
| | ) | (Varlan / Shirley) |
| V. | ) | |
| | ) | |
| MARIO MELGAR and | ) | |
| JOSE ALBERTO AGUIRRE, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendants Mario Melgar and Jose Alberto Aguirre's joint Motion To Extend Deadline for Filing Pretrial Motions [Doc. 31], filed on April 15, 2008.

As previously established by this Court [Doc. 30], all pretrial motions were to be filed in this case no later than April 15, 2008. On that date, defense counsel requested a three day extension of the motion deadline and asked the Court to have up to and including April 18, 2008 to file any pretrial motions. In support of the motion, defense counsel advised the Court they are in need of additional time to coordinate and finalize their pretrial motions. Defense counsel further advised the Court that they have spoken with the U.S. Attorney's Office and the government does not object to their request for an extension of time.

For good cause shown, Defendants' Motion to Extend Deadline for Filing Pretrial Motions **[Doc. 31]** is **GRANTED**. Since the government did not file a request for additional time to file its response, the government's responses are due on or before **April 29, 2008**. A motion hearing is scheduled in this matter before the undersigned on **May 15, 2008 at 9:30 a.m.**

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge